FILED

MAY 10 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HABEAS CORPUS RESOURCE CENTER and OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF ARIZONA,<br><br>Plaintiffs–Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and LORETTA E. LYNCH, Attorney General,<br><br>Defendants–Appellants. | No. 14-16928<br><br>D.C. No. 4:13-cv-04517-CW Northern District of California, Oakland<br><br>ORDER |

Before: O'SCANNLAIN, SILVERMAN, and BEA, Circuit Judges.

Within 21 days of the filing of this order, Appellants shall file a response to Appellees' petition for rehearing and rehearing en banc. The response shall comply with Federal Rule of Appellate Procedure 32 and Ninth Circuit Rule 40-1.

SO ORDERED.

1